IN THE

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN JOHN HAWRELAK,<br>        Petitioner-Plaintiff,<br><br>vs.<br><br>JERRY EKBERG, dba: WARDEN,<br>BIG SPRING CORRECTIONAL CENTER,<br>    and<br>HARLEY G. LAPPIN, dba: DIRECTOR,<br>FEDERAL BUREAU OF PRISONS,<br>        Respondent(s)-Defendant(s). | Case No.: 1:05-CV-01403-RBW<br><br>Judge: REGGIE B. WALTON<br><br><br>CHANGE OF ADDRESS NOTIFICATON |

Pursuant to the Court Rules, it is my obligation to notify the Clerk of the Court and all other parties of my change of address within ten (10) days of any such change.

Thus, the Clerk of the COurt and all other parties are hereby **notified** that my address should be changed to as follows, effective immediately:

NORMAN JOHN HAWRELAK

c/o 340 Crest Street NE, #57

    Sublimity, Oregon 97385-9729

Please direct all correspondence regarding the above-captioned and enumerated cause number to this address.

Submitted this **12th** day of **October**, A.D. 2005.

/s/ NORMAN JOHN HAWRELAK
NORMAN JOHN HAWRELAK
Reg.No. 28353-086
2001 Rickabaugh Drive
Big Spring, Texas 79720

cc: All Parties
    File

# CERTIFICATE OF SERVICE

I, NORMAN JOHN HAWRELAK, hereby certify that I have this day placed into the United States mail one original of the following document:

- **CHANGE OF ADDRESS NOTIFICATION** - consisting of one (1) page in a sealed envelope with sufficient first-class postage affixed thereto, addressed to:

>Nancy Mayer-Whittington, DISTRICT CLERK
>UNITED STATES DISTRICT COURT
>U.S. COURTHOUSE
>Third and Constitution Avenue, NW
>Washington, DC  20001

and one (1) true and correct copy each with sufficient first-class postage affixed thereto, addressed to the following Respondent(s):

>JERRY EKBERG, dba: WARDEN,
>BIG SPRING CORRECTIONAL CENTER COMPLEX
>1701 Apron Drive
>Big Spring, TX 79720

and to:

>HARLEY G. LAPPIN, dba: DIRECTOR
>FEDERAL BUREAU OF PRISONS
>320 First Street, NW
>Washington, DC  20534

So done this 12th day of October, A.D. 2005, by:

/s/ NORMAN JOHN HAWRELAK
NORMAN JOHN HAWRELAK
Reg.No. 28353-086
2001 Rickabaugh Drive
Big Spring, TX  79720