UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN JOHN HAWRELAK,
                Petitioner

v.                                Civil Action No. 05-1403 (RBW)

JERRY EKBERG, Warden,
Big Spring Correctional Center, et al.,
                Respondents

## ORDER

On July 12, 2005, the petitioner filed a Petition for Writ of Habeas Corpus. On October 17, 2005, the petitioner submitted a Notice of Change of Address, in which he indicates that he has relocated from the Big Springs Correctional Center, 2001 Rickabaugh Drive, Big Springs, TX, 79720, to 340 Crest Street NE #57, Sublimity, OR, 97385-9729. It appearing from this change of address that the petitioner has been released from custody, it is accordingly, this 8th day of December, 2005, hereby

**ORDERED** that the petitioner shall show cause, within 20 days of this order, why the petitioner's Petition for Writ of Habeas Corpus shall not be dismissed as moot.

REGGIE B. WALTON
United States District Judge