IN THE

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN JOHN HAWRELAK,<br>       Petitioner-Plaintiff,<br>vs.<br><br>JERRY EKBERG, dba: WARDEN,<br>BIG SPRING CORRECTIONAL CENTER,<br>   and<br>HARLEY G. LAPPIN, dba: DIRECTOR,<br>FEDERAL BUREAU OF PRISONS<br>       Respondent(s)-Defendant(s). | Case No. **1:05-CV-01403-RBW**<br><br>Judge: **REGGIE B. WALTON**<br><br><br>CHANGE OF ADDRESS<br><br>NOTIFICATION |

Pursuant to the Court Rules, it is my obligation to notify the Clerk of court and all other parties of my change of address within ten (10) days of any such change.

Thus, the Clerk of the Court and all other parties are hereby notified that my address should be changed to, as follows, effective immediately:

NORMAN JOHN HAWRELAK

c/o 3754 Amber Street N.E., #101

Salem, Oregon 97301

Please direct all correspondence regarding the above-captioned and enumerated cause to this address.

Submitted this **4th** day of **January**, A.D. 2006.

/s/ NORMAN JOHN HAWRELAK
_____

cc: All Parties                    NORMAN JOHN HAWRELAK
    File                           c/o 3754 Amber Street N.E., # 101
                                   Salem, Oregon 97301

# CERTIFICATE OF SERVICE

I, NORMAN JOHN HAWRELAK, hereby certify that I have this day placed into the United States mail one original of the following document:

**CHANGE OF ADDRESS NOTIFICATION** - consisting of one (1) page in a sealed envelope with sufficient first-class postage affixed thereto, addressed to:

> Nancy Mayer-Whittington, DISTRICT CLERK
> UNITED STATES DISTRICT COURT
> U.S. COURTHOUSE
> Third and Constitution Avenue, NW
> Washingtron, DC   20001

and one (1) true and correct copy each with sufficient first-class postage affixed thereto, addressed to the following Respondent(s):

> JERRY EKBERG, dba: WARDEN,
> BIG SPRING CORRECTIONAL CENTER COMPLEX
> 1701 Apron Drive
> Big Spring, TX 79720

and to:

> HARLEY G. LAPPIN, dba: DIRECTOR,
> FEDERAL BUREAU OF PRISONS
> 320 First Street, NW
> Washington, DC   20534

So done this 4th day of **January**, A.D. 2006, by:

/s/ *NORMAN JOHN HAWRELAK*
NORMAN JOHN HAWRELAK
c/o 3754 Amber Street N.E., #101
Salem, Oregon 97301