**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NORMAN JOHN HAWRELAK, | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1403 (RBW)** |
| | ) | |
| JERRY EKBERG, Warden, | ) | |
| Big Spring Correctional Center, <u>et al.</u>, | ) | |
| Respondents | ) | |
| | ) | |
| _____ | ) | |

## <u>ORDER</u>

On July 12, 2005, the petitioner filed a Petition for Writ of Habeas Corpus. On October 17, 2005, the petitioner submitted a Notice of Change of Address, in which he indicated that he had relocated from the Big Springs Correctional Center, 2001 Rickabaugh Drive, Big Springs, TX, 79720, to 340 Crest Street NE #57, Sublimity, OR, 97385-9729. On January 4, 2006, the petitioner submitted a second Notice of Change of Address, in which he indicated that he has changed addresses again and now resides at 3754 Amber Street NE #101, Salem, OR, 97301. It appearing from these notices of change of address that the petitioner has been released from custody, it is accordingly, this 12th day of January, 2006, hereby

**ORDERED** that the petitioner shall show cause, by February 1, 2006, why his Petition for Writ of Habeas Corpus should not be dismissed as moot.[1]

---

[1] Following the petitioner's first Notice of Change of Address, the Court issued an Order on December 8, 2005, directing the petitioner to show cause why his Petition for Writ of Habeas Corpus should not be dismissed as moot. The petitioner did not respond to the December 8th Order within the prescribed time frame. However, the Court is issuing this supplemental Order to Show Cause in light of the petitioner's most recent change of address, to ensure that the petitioner is afforded a fair opportunity to receive and respond to the Order. If the petitioner does not respond to this supplemental Order by February 1, 2006, his Petition for Writ of Habeas Corpus <u>will</u> be dismissed as moot.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge