UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORMAN JOHN HAWRELAK, <br> Petitioner <br><br> v. <br><br> JERRY EKBERG, Warden, <br> Big Spring Correctional Center, et al., <br> Respondents | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-1403 (RBW) |

## ORDER

On July 12, 2005, the petitioner filed a Petition for Writ of Habeas Corpus. On October 17, 2005, the petitioner submitted a Notice of Change of Address, in which he indicated that he had relocated from the Big Springs Correctional Center, 2001 Rickabaugh Drive, Big Springs, TX, 79720, to 340 Crest Street NE #57, Sublimity, OR, 97385-9729. On January 4, 2006, the petitioner submitted a second Notice of Change of Address, in which he indicated that he has changed addresses again and now resides at 3754 Amber Street NE #101, Salem, OR, 97301. It appearing from these notices of change of address that the petitioner has been released from custody, the Court issued an order on January 12, 2006, directing the petitioner to show cause by February 1, 2006, why his Petition for Writ of Habeas Corpus should not be dismissed as moot. The petitioner has failed to respond. Accordingly, it is this 6th day of February, 2006, hereby

**ORDERED** that the petitioner's Petition for Writ of Habeas Corpus is hereby dismissed with prejudice.

**SO ORDERED.**

                                              REGGIE B. WALTON
                                              United States District Judge